The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SUSAN FITZL and SAMANTHA HORTON, on behalf of themselves and a class of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

No. 2:22-cv-00544-TL

NOTICE OF SETTLEMENT

Pursuant to Section VII.B of the Court's Standing Order for All Civil Cases, Plaintiffs Susan Fitzl and Samantha Horton and Defendant Amazon.com, Inc. (collectively, the "Parties") hereby notify the Court that they have reached an agreement to settle and resolve all claims asserted in this action. Accordingly, the Parties request that the Court set a deadline of 30 days from filing for the submission of a stipulated notice of voluntary dismissal with prejudice.

NOTICE OF SETTLEMENT - 1
CASE NUMBER 2:22-CV-00544-TL

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE  +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

| | | |
|---|---|---|
| 1 | DATED December 1, 2022 | **K&L GATES LLP** |
| 2 | | By: */s/ David A. Bateman* |
| 3 | | David A. Bateman, WSBA # 14262 |
| | | By: */s/ Ruby A. Nagamine* |
| 4 | | Ruby A. Nagamine, WSBA # 55620 |
| 5 | | K&L Gates LLP |
| | | 925 Fourth Avenue, Suite 2900 |
| 6 | | Seattle, Washington  98104-1158 |
| | | Tel: +1 206 623 7580 |
| 7 | | Fax: +1 206 623 7022 |
| 8 | | Email: david.bateman@klgates.com |
| | | ruby.nagamine@klgates.com |
| 9 | | Jennifer J. Nagle, *Pro Hac Vice* |
| 10 | | Robert W. Sparkes, III, *Pro Hac Vice* |
| | | Michael R. Creta, *Pro Hac Vice* |
| 11 | | K&L Gates LLP |
| 12 | | State Street Financial Center |
| | | One Lincoln Street |
| 13 | | Boston, MA 02111 |
| | | Tel: +1 617 261 3100 |
| 14 | | Fax: +1 617 261 3175 |
| 15 | | Email: jennifer.nagle@klgates.com |
| | | robert.sparkes@klgates.com |
| 16 | | michael.creta@klgates.com |
| 17 | | Attorneys for Defendant |
| | | AMAZON.COM, INC. |

NOTICE OF SETTLEMENT - 2
CASE NUMBER 2:22-CV-00544-TL

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

**PHILLIPS LAW FIRM**

By: <u>/s/Douglas Weinmaster</u>
Douglas Weinmaster, WSBA #28225
Ralph Glenn Phillips, WSBA # 14220
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653
Email: Dweinmaster@justiceforyou.com
Email:Glenn@Justiceforyou.com

Nick Suciu III, *Pro Hac Vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: 313-303-3472
Email: nsuciu@milberg.com

Gary M. Klinger, *Pro Hac Vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

Mark S. Reich, *Pro Hac Vice*
Courtney E. Maccarone, *Pro Hac Vice*
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com

Counsel for Plaintiffs

NOTICE OF SETTLEMENT - 3
CASE NUMBER 2:22-CV-00544-TL

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**